JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 438 -- IN RE YUMA REALTY REAL ESTATE TRANSACTION LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/06/27 | 1 | MOTION, SCHEDULE A, CERT. OF SVC. -- Lyle H. Prentzler, M.D. BRIEF. SUGGESTED TRANSFEREE DISTRICT: SUGGESTED TRANSFEREE JUDGE: (ea) |
| 80/07/11 | 2 | LETTER -- Spencer & Spencer (signed by James B. Rolle) -- w/order for U.S. Court of Appeals (emh) |
| 80/07/11 | 3 | LETTER -- signed by M. Patricia Marrison representing Thomas A. Thode -- w/Judgment and Report for district court (emh) |
| 80/07/11 | 4 | LETTER -- signed by Larry W. Suciu (emh) |
| 80/07/15 | | APPEARANCES -- Lyle H. Prenzler, Pro Se; Conrad J. Kleinman for Conrad J. and Lucile L. Kleinman; Patricia K. Norris for Stewart Title Co.; J. Michael Hennigan for Fred Kamrath, Vera Kamrath & Homer J. Reed (emh) |
| 80/07/24 | 5 | RESPONSE/MEMORANDUM -- DVR Corporation -- w/cert. of service. (emh) |
| 80/08/04 | 6 | RESPONSE, MEMORANDUM, CERT. OF SVC. -- Pltfs. Kleinman, et al. and Prenzler. (ea) |
| 80/08/18 | 7 | RESPONSE, REPLY -- Lyle H. Prenzler w/Cert. of Svc. (ds) |
| 80/08/21 | | HEARING ORDER -- setting A-1 thru A-8 for hearing held on Sept. 25, 1980 in Nashville, Tenn. (ea) |
| 80/09/10 | 8 | RESPONSE -- Stewart Title & Trust of Phoenix, Inc. -- w/Exh 1 through 6 and cert. of service (cds) |
| 80/09/10 | 9 | LETTER REQUESTING PERMISSION TO FILE RESPONSE -- Stewart Title & Trust of Phoenix, Inc. -- GRANTED (cds) |
| 80/09/23 | | HEARING APPEARANCES: ~~LYLE H. PRENZLER, PRO SE~~ (Waived), and CONRAD J. KLEINMAN, PRO SE and Wife (cds) |
| 80/09/23 | | WAIVER OF ORAL ARGUMENT: Fred Kamrath, Vera Kamrath and Homer Reed; DVR Corp.; Stewart Title & Trust of Phoenix, Inc. (cds) |
| 80/10/07 | | ORDER DENYING MOTION FOR TRANSFER OF LITIGATION pursuant to 28 U.S.C. §1407. Notified involved counsel, clerks, judges and recipients. (ea) |

JPML Form 1
Revised: 8/78

DOCKET NO. 438 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE YUMA REALTY REAL ESTATE TRANSACTION LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 9/25/80 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 10/7/80 | MO | unpublished | | | |

Special Transferee Information

DATE CLOSED: 10/7/80

JPML FORM 1                              LISTING OF INVOLVED ACTIONS

DOCKET NO. 438 -- IN RE YUMA REALTY REAL ESTATE TRANSACTION LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | R. Keith Pike, et al. v. Lyle H. Prenzler v. Vera Kamrath, et al. | C.D.CA Takesugi | 78-3702-RMT | | | | OCT 7 1980 |
| A-2* | Lyle H. Prenzler v. Fred Kamrath, et al. | D.Ariz. Muecke | 79-235-PHX-CAM | | | | OCT 7 1980 |
| A-3 | Lyle H. Prenzler v. R. Keith Pike, et al. | C.D.CA Pfaelzer | 79-770-MRP | | | | OCT 7 1980 |
| A-4 | Lyle H. Prenzler v. Fred Kamrath, et al. | C.A.CA Waters | 79-2241-LEW | | | | OCT 7 1980 |
| A-5 | Lyle H. Prenzler v. Homer Reed | C.A.CA Waters | 79-1385-LEW | | | | OCT 7 1980 |
| A-6 | Spencer & Spencer v. Lyle H. Prenzler, et al. | D.Ariz. Cordova | 74-307-PHX-VAC | | ✓ | | OCT 7 1980 |
| A-7** | Conrad J. Kleinman, et al. v. Lyle H. Prenzler | D.Ariz. Muecke | 74-57-PHX-CAM | | | | OCT 7 1980 |
| A-8** | Conrad J. Kleinman, et al. v. Lyle H. Prenzler | D.Ariz. Muecke | 76-148-PHX-CAM | | | | OCT 7 1980 |

*transferred from C. Cal., C.A. No. 79-74
**both cases are consolidated but still have two different captions and numbers but the docketing is done on docket sheet no. 76-148

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 438 -- IN RE YUMA REALTY REAL ESTATE TRANSACTION LITIGATION

---

LYLE H. PRENZLER (A-2,A-3,A-4,A-5)
Lyle H. Prenzler, Pro Se
715 East Chapman Avenue
Orange, California  92666

CONRAD J. KLEINMAN, ET AL. (A-7)
Conrad J. Kleinman, Esquire
Kleinman & Kleinman
One West Madison
Phoenix, Arizona  85003

STEWART TITLE CO.
Patricia K. Norris, Esquire
Lewis and Roca
100 West Washington
23rd Floor
Phoenix, Arizona  85003

FRED KAMRATH
VERA KAMRATH
HOMER J. REED
J. Michael Hennigan
Bretz and Hennigan
124 Lasky Drive
Beverly Hills, California  90212

STATE BAR OF ARIZONA (No Apperance Rec'd)
Larry W. Suciu, Esquire
Rolle, Jones, Benton & Cole
350 West 16th Street, Suite 300
P.O. Box 5240
Yuma, Arizona  85364

THOMAS A. THODE (No Apperance Rec'd)
M. Patricia Marrison, Esquire
Lewis, D'Amato, Brisbois & Bisgaard
Five Park - Suite 300
261 South Figueroa Street
Los Angeles, California 90012

R. KEITH PIKE, ET AL. (A-1)
(No Apperance Received)
Mark Raynes, Esquire
1800 Home Tower
707 Broadway
San Diego, California  90112

SPENCER & SPENCER (A-6)
(No Apperance Received
Norling, Rolle, Oeser, & Williams
2701 E. Camelback
Phoenix, Arizona  85016

ALAN BRICKART (No Apperance Received)
Unable to determine counsel
or address.

ROBERT ALLEN
TIMOTHY TWEETON (No Apperance Received)
Peter Boutin, Esquire
P.O. Box 1730
Long Beach, California  90801

LYLE WHITMER (No Apperance Received)
(Unable to determine address)

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 438 -- IN RE YUMA REALTY REAL ESTATE TRANSACTION LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Lyle H. Prenzler, M. D. | A-6, A-7, A-8 |
| Vera Kamrath | A-2 |
| Fred Kamrath | A-2 |
| DBA Yuma Realty | |
| Homer Reed | A-2 |
| R. Keith Pike | A-2 |
| Josephine Pike | A-2 |
| ~~Karl Menath~~ KARl MeNATh | A-2 |
| Marguerite Menath | A-2 |
| Robert Allen | A-2 |
| Timothy Tweeton | A-2 |

p. __2__

| | |
|---|---|
| Conrad J. Kleinman | A-2 |
| Jane Doe Kleinman | A-2 |
| Clarence Spencer | A-2 |
| Allan Bickart | A-2 |
| Mark Raynes | A-2 |
| State Bar of Arizona | A-2 |
| Lyle Whitmer | |
| Lucilee Kleinman | |
| Stewart Title Co. | |
| Josephine Prenzler | A-6 |
| Dun ??? | A- |