JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT -7 1980

PATRICIA D. HOWARD
CLERK OF THE PANEL

10/7/80

DOCKET NO. 438

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE YUMA REALTY REAL ESTATE TRANSACTION LITIGATION

ORDER

This litigation is before the Panel on the motion of Lyle H. Prenzler, M.D., appearing pro se, to centralize, pursuant to 28 U.S.C. §1407, the eight actions listed on the attached Schedule A for coordinated or consolidated pretrial proceedings. On the basis of the papers submitted and the hearing held, the Panel finds that the movant has failed to demonstrate that the criteria for transfer under Section 1407 have been satisfied in this litigation. Each of the actions in this docket has either gone to final judgment or is on appeal to the United States Court of Appeals for the Ninth Circuit. Thus there are no actions "pending in different districts," as required by 28 U.S.C. §1407(a), that the Panel could order centralized. Furthermore, even if any of these actions were still pending in district courts, we are not persuaded that transfer under Section 1407 would promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

### CENTRAL DISTRICT OF CALIFORNIA

R. Keith Pike, et al. v. Lyle H. Prenzler,
  C.A. No. CV78-3702-RMT

Lyle H. Prenzler v. R. Keith Pike, et al.,
  C.A. No. CV79-770-MRP

Lyle H. Prenzler v. Fred Kamrath, et al.,
  C.A. No. CV79-2241-LEW

Lyle H. Prenzler v. Homer Reed,
  C.A. No. CV79-1385-LEW

### DISTRICT OF ARIZONA

Lyle H. Prenzler v. Fred Kamrath, et al.,
  C.A. No. 79-235-Phx-CAM

Spencer & Spencer v. Lyle H. Prenzler, et al.,
  C.A. No. 74-307-Phx-VAC

Conrad J. Kleinman, et al. v. Lyle H. Prenzler, et al.,
  C.A. No. 76-57-Phx-WEC

Conrad J. Kleinman, et al. v. Lyle H. Prenzler,
  C.A. No. 76-148-Phx-CAM